## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JAMES KIRK CAMPBELL**                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:10CV00312 SWW**

**JAMES L. WILLIAMS, et al.**                                             **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Campbell's claims are DISMISSED WITH PREJUDICE. The Court certifies that this dismissal constitutes a strike under 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 26th day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE